

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00235-CV

———————————————

SANGER LENDER, LLC, Appellant

V.

FOSSIL CREEK LAND PARTNERS, INC., SINCLAIR HOTEL MANAGEMENT, INC., AND SINCLAIR HOLDINGS, LLC, Appellees

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-317765-20

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 10, 2020